# Lee Litigation Group, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com


**Via ECF:** October 19, 2026

Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Rendon v. Aristotle Psychological and Biofeedback Services PLLC, et al.*
Case No. 1:26-cv-03647

Dear Judge Eshkenazi:

We are counsel to Plaintiff in the above-referenced matter and write to update the Court pursuant to your Honor's October 14, 2026 Order (the "Order").

On September 2, 2026, the Court extended Defendants' deadline to file an answer or otherwise respond to Plaintiff's Complaint to October 1, 2026. On October 3, 2026, defense counsel Kostas Golfinopoulos, Esq., requested Plaintiff's consent to an extension to answer. Plaintiff consented.

Before Defendants submitted their request for an extension, the Court issued the Order sua sponte extending Defendants deadline to answer until October 28, 2026. On October 14, 2026, this Office and Mr. Golfinopoulos discussed the Order and Mr. Golfinopoulos represented that Defendants would comply with the October 28, 2026 deadline.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Very truly yours,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: All counsel of record (via Email)